# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONI HASS, et al., | Case No.: 1:20-cv-00818 AWI JLT |
| Plaintiffs, | ORDER AFTER NOTICE OF SETTLEMENT (Doc. 84) |
| v. | |
| ETHICON, INC., et al., | |
| Defendants. | |

The parties report that they have settled the matter in principle as a result of a global settlement involving several hundred plaintiffs. (Doc. 84) They seek a stay of the action to determine whether the settlement will come to fruition. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed <u>**no later than April 30, 2021**</u>;
2. All pending dates, conferences and hearings are **VACATED**.

<u>**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**</u>

IT IS SO ORDERED.

Dated:   **November 9, 2020**           **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE