UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONI HASS and STEVEN HASS,<br><br>        **Plaintiffs**<br><br>        v.<br><br>ETHICON, INC. and JOHNSON & JOHNSON,<br><br>        **Defendants** | CASE NO. 1:20-CV-0818 AWI JLT<br><br>ORDER ON PENDING MOTIONS<br><br>(Doc. Nos. 45, 48, 50) |

      This is a products liability suit that was received as part of the Multi-District Litigation Case No. 2327.  Currently pending before the Court are three motions:  (1) a motion for partial summary judgment by Defendants (Doc. No. 45); (2) a motion to limit opinions and testimony of Dr. Russell Bartels by Defendants (Doc. No. 50); and (3) a motion to limit the opinions and testimony of Dr. Elizabeth Grill (Doc. No. 48) by Plaintiffs.  However, on November 9, 2020, the parties filed a tentative notice of settlement.  See Doc. No. 84.  The Magistrate Judge then vacated all hearings, conferences, and deadlines and ordered the parties to file dispositive documents by April 30, 2021.  See Doc. No. 85.

      Given the current state of this case, for administrative purposes, the Court will deny the three pending motions.  The denial will be without prejudice to refiling should the settlement process irreparably breakdown.  The administrative denial of these motions in no way reflects on or impacts the substantive merits of these motions.

# **ORDER**

Accordingly, IT IS HEREBY ORDERED that Defendants' motion for partial summary judgment (Doc. No. 45), Plaintiffs' motion to limit testimony (Doc. No. 48), and Defendants' motion to limit testimony (Doc. No. 50) are DENIED without prejudice.

IT IS SO ORDERED.

Dated:   November 10, 2020

SENIOR  DISTRICT  JUDGE