# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONI HASS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ETHICON, INC., et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-00818 AWI JLT<br><br>ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE TO FILE DISMISSAL DOCUMENTS<br>(Doc. 89) |

The parties seek an additional 90 days to complete the settlement. (Doc. 89) Due to the complexity of the action, the stipulation is GRANTED. The stipulation to dismiss the action SHALL be filed no later than July 29, 2021.

IT IS SO ORDERED.

　　Dated: __**May 3, 2021**__　　　　　___ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE